Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREEN INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
Email: minfuso@greeneinfusolaw.com
       kbarlow@greeneinfusolaw.com

Attorneys for ProCaps Laboratories, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROCAPS LABORATORIES, INC., a Nevada Corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>GH EXPRESS CALI INC., a foreign corporation; BEITLER TRUCKING, INC. a foreign corporation; BEITLER FINAL MILE, LLC, a foreign limited liability company; W.J. BEITLER CO., a foreign corporation; BEITLER LOGISTICS SERVICES, INC.. a foreign corporation; DOES 1 through 10, inclusive; and ROES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. 2:21-cv-02016-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BEITLER TRUCKING, INC., BEITLER FINAL MILE, LLC, W.J. BEITLER CO. AND BEITLER LOGISTICS SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BEITLER TRUCKING, INC., BEITLER FINAL MILE, LLC, W.J. BEITLER CO. AND BEITLER LOGISTICS SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROCAPS LABORATORIES, INC. and Defendants BEITLER TRUCKING, INC., BEITLER FINAL MILE, LLC, W.J. BEITLER CO. and BEITLER LOGISTICS SERVICES, INC. ("BEITLER Defendants"), by and through their respective undersigned counsel of record, that the BEITLER Defendants shall have an additional thirty (30) days within which to respond to Plaintiff's Complaint. Accordingly, the BEITLER Defendants' response to Plaintiff's Complaint is now due on or before **March 16, 2022**. The BEITLER Defendants do not waive any affirmative

defenses or rights to file a response including a Motion to Dismiss on any grounds including but not limited to lack of jurisdiction of the BEITLER Defendants.

**IT IS SO STIPULATED.**

Dated this 14th day of February 2022.

GREENE INFUSO, LLP

*/s/ Michael V. Infuso*
MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
*Attorneys for Plaintiff*
*PROCAPS LABORATORIES, INC.*

Dated this 14th day of February 2022.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

*/s/ Harold J. Rosenthal, Esq.*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5886
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
1100 East Bridger Avenue
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*BEITLER TRUCKING, INC., BEITLER*
*FINAL MILE, LLC, W.J. BEITLER CO. and*
*BEITLER LOGISTICS SERVICES, INC.*

## ORDER

IT IS ORDERED that ECF No. 15 is DENIED without prejudice under LR IA 6-1(a) because it does not provide a reason for the requested extension.

**IT IS SO ORDERED**

**DATED:** 11:18 am, February 15, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**