Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREEN INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
Email: minfuso@greeneinfusolaw.com
       kbarlow@greeneinfusolaw.com

Attorneys for ProCaps Laboratories, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROCAPS LABORATORIES, INC., a Nevada Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>GH EXPRESS CALI INC., a foreign corporation; BEITLER TRUCKING, INC. a foreign corporation; BEITLER FINAL MILE, LLC, a foreign limited liability company; W.J. BEITLER CO., a foreign corporation; BEITLER LOGISTICS SERVICES, INC.. a foreign corporation; DOES 1 through 10, inclusive; and ROES 1 through 10, inclusive,<br><br>              Defendants. | CASE NO.  2:21-cv-02016-JAD-BNW<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BEITLER TRUCKING, INC., BEITLER FINAL MILE, LLC, W.J. BEITLER CO. AND BEITLER LOGISTICS SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BEITLER TRUCKING, INC., BEITLER FINAL MILE, LLC, W.J. BEITLER CO. AND BEITLER LOGISTICS SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROCAPS LABORATORIES, INC. and Defendants BEITLER TRUCKING, INC., BEITLER FINAL MILE, LLC, W.J. BEITLER CO. and BEITLER LOGISTICS SERVICES, INC. ("BEITLER Defendants"), by and through their respective undersigned counsel of record, as follows:

WHEREAS, the BEITLER Defendants deadline to answer or otherwise respond to the Complaint was due February 14, 2022;

1  WHEREAS, the parties have been working together in an effort to resolve some of the claims and/or parties to this action, and the parties desire more time to work through those issues;

WHEREAS, Plaintiff has agreed that the BEITLER Defendants shall have an additional thirty (30) days within which to respond to Plaintiff's Complaint to March 16, 2022;

WHEREAS, the parties submitted a stipulation on February 14, 2022 requesting this additional time;

WHEREAS, the Court denied the parties' stipulation as a result of the parties' failure to provide a reason for the requested extension; and

WHEREAS, the parties submit this amended stipulation pursuant to LR IA 6-1(a).

Accordingly, the parties request that the BEITLER Defendants' response to Plaintiff's Complaint be due on or before **March 16, 2022**. The BEITLER Defendants do not waive any affirmative defenses or rights to file a response including a Motion to Dismiss on any grounds including but not limited to lack of jurisdiction of the BEITLER Defendants.

**IT IS SO STIPULATED.**

| Dated this 15th day of February 2022. | Dated this 15th day of February 2022. |
|---|---|
| GREENE INFUSO, LLP | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| */s/ Michael V. Infuso* <br> MICHAEL V. INFUSO, ESQ. <br> Nevada Bar No. 7388 <br> 3030 South Jones Boulevard, Suite 101 <br> Las Vegas, NV 89146 <br> *Attorneys for Plaintiff* <br> *PROCAPS LABORATORIES, INC.* | */s/ Harold J. Rosenthal, Esq.* <br> MICHAEL C. HETEY, ESQ. <br> Nevada Bar No. 5886 <br> HAROLD J. ROSENTHAL, ESQ. <br> Nevada Bar No. 10208 <br> 1100 East Bridger Avenue <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants* <br> BEITLER TRUCKING, INC., BEITLER FINAL MILE, LLC, W.J. BEITLER CO. and BEITLER LOGISTICS SERVICES, INC. |

## ORDER

**IT IS SO ORDERED**

**DATED:** 7:52 am, February 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**