Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
kbarlow@greeneinfusolaw.com

Attorneys for ProCaps Laboratories, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROCAPS LABORATORIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br>v.<br><br>GH EXPRESS CALI INC., a foreign corporation; DOES 1 through 10, inclusive; and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02016-JAD-BNW<br><br>**STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT** |
| GH EXPRESS CALI, INC.<br><br>Counterclaimant,<br>v.<br><br>PROCAPS LABORATORIES, INC.<br>Counter Defendant. | |

## STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROCAPS LABORATORIES, INC. ("Plaintiff") and Defendant GH EXPRESS CALI. ("Defendant"), by and through their respective undersigned counsel of record, as follows:

WHEREAS, Plaintiff commenced this action by filing its Complaint on November 8, 2021;

WHEREAS, Defendant filed its Answer and Counterclaim on March 21, 2022;

1

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

WHEREAS, Defendant refiled its Answer and Counterclaim on March 24, 2022;

WHEREAS, Plaintiff filed its Answer to Defendant's Counterclaim on April 11, 2022;

WHEREAS, the deadline to amend the pleadings and add parties is June 22, 2022;

WHEREAS, Plaintiff seeks to add Manjinder Kaur dba GH Express as a Defendant to this action; and

WHEREAS, Plaintiff and Defendant stipulate and agree that Plaintiff may amend its Complaint to identify Manjinder Kaur dba GH Express as an additional Defendant.

Accordingly, the parties request that the Plaintiff be allowed to file a First Amended Complaint on or before June 22, 2022.

**IT IS SO STIPULATED.**

Dated this 22 day of June 2022.

GREENE INFUSO, LLP

*/s/ MICHAEL V INFUSO*
MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
*Attorneys for Plaintiff*
*PROCAPS LABORATORIES, INC.*

Dated this 22 day of June 2022.

AJS LEGAL

AMY J. SMITH, ESQ.
Nevada Bar No. 14954
2920 N. Green Valley Pkwy.,
Bldg. 5, Ste. 524
Henderson, NV 89014

THE REICH LAW FIRM

/s/ Jeff Reich
Jeff Reich
Cal. Bar No. 067250
8441 N. Millbrook, Ste. 104
Fresno, CA 93720

*Attorneys for Defendant*
*GH Express Cali Inc.*

## **ORDER**
**IT IS SO ORDERED**

**DATED:** 4:19 pm, June 23, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2