**AJS LEGAL**
Amy J. Smith, Esq.
Nevada Bar No. 14954
2920 N Green Valley Pkwy
Bldg 5, Ste 524
Henderson NV 89014
Telephone: 725-214-0460
amy@ajslegalnv.com

*Counsel for Defendants*
*GH Express Cali Inc. and Manjinder Kaur*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROCAPS LABORATORIES, INC, a Nevada corporation<br>　　　　　Plaintiff,<br>v.<br>GH EXPRESS CALI, INC, a Foreign Corporation; MANJINDER KAUR d/b/a GH EXPRESS; DOES 1-10, inclusive; and ROES 1-10 inclusive;<br>　　　　　Defendants.<br>GH EXPRESS CALI INC, a Foreign Corporation; MANJINDER KAUR d/b/a GH EXPRESS; DOES 1-10, inclusive; and ROES 1-10 inclusive;<br>　　　　　Counterclaimant,<br>v.<br>PROCAPS LABORATORIES INC,<br>　　　　　Counter-Defendant. | Case No. 2:21-CV-02016-CDS-BNW<br><br>**NOTICE OF REVOCATION OF DESIGNATION TO SERVE AS ASSOCIATE RESIDENT NEVADA COUNSEL IN THIS CASE** |

**TO THE COURT AND ALL COUNSEL OF RECORD**

NOTICE IS HEREBY GIVEN that Attorney Amy J. Smith, Esq. of AJS Legal ("Attorney"), is no longer serving as associate resident Nevada counsel to or for Jeff Reich, Esq., of the Reich Law Firm ("Reich").

FURTHER NOTICE IS HEREBY GIVEN Attorney has not review or authorized any documents to contain her information or signature since October 28, 2022. *See* [ECF No. 52].

Attorney emailed Reich to request he withdraw the Motion of Defendants GH Express Cali, Inc. and Manjinder Kaur d/b/a/ GH Express to Strike New Arguments and Evidence

Contained in Plaintiff's Reply in support of Plaintiff's Motion For Summary Judgment; and, in the Alternative, Motion to Allow Defendants to File a Sur-Reply Brief – filed after this Court granted Attorney's Motion to Withdraw as Counsel of Record. A true and correct copy of the email from Attorney to Reich is attached hereto as **Exhibit A**.

Please remove the following from your service list:

**AJS LEGAL**
Amy J. Smith, Esq.
Nevada Bar No. 14954
2920 N Green Valley Pkwy
Bldg 5, Ste 524
Henderson NV 89014
Telephone: 725-214-0460
amy@ajslegalnv.com

Dated this <u>6th</u> day of December 2022.

**AJS LEGAL**

*/s/ Amy J. Smith*
Amy J. Smith, Esq.
Nevada Bar No. 14954
2920 N Green Valley Pkwy
Bldg 5, Ste 524
Henderson NV 89014
Telephone: 725-214-0460
amy@ajslegalnv.com

## ORDER

Per counsel's request at ECF No. 62, IT IS ORDERED that the Clerk of Court shall remove Amy J. Smith from the electronic service list for this case.

IT IS SO ORDERED
DATED: 5:53 pm, December 07, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that the undersigned electronically filed the foregoing **NOTICE OF REVOCATION OF DESIGNATION TO SERVE AS ASSOCIATE RESIDENT NEVADA COUNSEL IN THIS CASE** with the Clerk of the Court of the United States District Court for the District of Nevada by using the CM/ECF.

I further certify that all participants in the case are registered CM/ECF users and that service.

I further certify that a file stamp copy of the foregoing **NOTICE OF REVOCATION OF DESIGNATION TO SERVE AS ASSOCIATE RESIDENT NEVADA COUNSEL IN THIS CASE** will be mailed, via First Class Mail to the following:

**Manjinder Kaur**
**GH Express**
4460 W Shaw Ave,
Fresno, CA 93722

*/s/ Amy J. Smith*
An Employee of AJS Legal

**CERTIFICATE OF SERVICE**              1