**THE REICH LAW FIRM**
Jeff Reich, CA Bar No. 067250
8441 N Millbrook Ave, Ste 104
Fresno, CA 93720
(559) 440-1191 Phone
(559) 432-9092 Fax
jreich@reichlaw.com

*Counsel for Defendants*
*GH Express Cali Inc. and Manjinder Kaur*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PROCAPS LABORATORIES, INC, a Nevada corporation<br>Plaintiff,<br>v.<br><br>GH EXPRESS CALI, INC, a Foreign Corporation; MANJINDER KAUR d/b/a GH EXPRESS; DOES 1-10, inclusive; and ROES 1-10 inclusive<br>Defendants.<br><br>GH EXPRESS CALI INC,<br>Counterclaimant,<br>v.<br><br>PROCAPS LABORATORIES INC,<br>Counter Defendant. | Case No. 2:21-CV-02016-CDS-BNW<br><br>**MOTION OF DEFENDANTS GH EXPRESS CALI, INC., AND MANJINDER KAUR d/b/a GH EXPRESS TO EXTEND THE TIME WITHIN WHICH DEFENDANTS MUST ENGAGE LOCAL COUNSEL** |

COME NOW Defendants, GH EXPRESS CALI, INC. ("GH EXPRESS") and MANJINDER KAUR d/b/a GH EXPRESS ("Kaur") (collectively the "Defendants"), by and through their counsel of record, Jeff Reich of the Reich Law Firm, and hereby file this their Motion To Extend the Time within which Defendants Must Engage Local Counsel.

Pursuant to Local Rule LR IA 11-2(d) and this Court's order of December 1, 2022 (ECF No. 59), Defendants are required to engage new local counsel following the withdrawal of Ms. Smith as local counsel for Defendants by December 16, 2022.

In an effort to meet these requirements, the undersigned has corresponded and spoken with local counsel who are currently evaluating the case, but are not able to complete that evaluation by today.  Accordingly, because we are in the midst of the Christmas season, Defendants seek an

extension of two weeks, until December 30, 2022, to designate new local counsel.

Dated this 16th day of December, 2022.

**THE REICH LAW FIRM**

_/s/ Jeff Reich_
Jeff Reich, CA Bar No. 067250
8441 N Millbrook Ave, Ste 104
Fresno, CA 93720
(559) 440-1191 Phone
(559) 432-9092 Fax
jreich@reichlaw.com

*Counsel for Defendants/Counterclaimants
GH Express Cali Inc. and Manjinder Kaur*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:08 pm, December 19, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that the undersigned served by mail, with first-class postage prepaid, and served electronically

**MOTION OF DEFENDANTS GH EXPRESS CALI, INC., AND MANJINDER KAUR d/b/a GH EXPRESS TO EXTEND THE TIME WITHIN WHICH DEFENDANTS MUST ENGAGE LOCAL COUNSEL**

To the following, addressed as follows:

> Michael V. Infuso
> Green Infuso, LLP
> 3030 South Jones Blvd, Suite 101
> Las Vegas, Nevada 89146
> Email: minfuso@greeninfusolaw.com

I further certify that I am not a party to this lawsuit, I am over 18 years of age, and am employed as follows:

> The Reich Law Firm
> 8441 N. Millbrook, Suite 104
> Fresno, California 93720
> Email: jreich@reichlaw.com
> rlaw@reichlaw.com

Dated this 30th day of November, 2022.

_____
Sona Vartanian

CERTIFICATE OF SERVICE