**THE REICH LAW FIRM**
Jeff Reich, CA Bar No. 067250
8441 N Millbrook Ave, Ste 104
Fresno, CA 93720
(559) 440-1191 Phone
(559) 432-9092 Fax
jreich@reichlaw.com

*Counsel for Defendants*
*GH Express Cali Inc. and Manjinder Kaur*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROCAPS LABORATORIES, INC, a Nevada corporation<br>Plaintiff,<br>v.<br><br>GH EXPRESS CALI, INC, a Foreign Corporation; MANJINDER KAUR d/b/a GH EXPRESS; DOES 1-10, inclusive; and ROES 1-10 inclusive<br>Defendants.<br><br>GH EXPRESS CALI INC,<br>Counterclaimant,<br>v.<br>PROCAPS LABORATORIES INC,<br>Counter Defendant. | Case No. 2:21-CV-02016-CDS-BNW<br><br>**MOTION OF DEFENDANTS GH EXPRESS CALI, INC., AND MANJINDER KAUR d/b/a GH EXPRESS TO FURTHER EXTEND TIME WITHIN WHICH DEFENDANTS MUST ENGAGE LOCAL COUNSEL** |

COME NOW Defendants, GH EXPRESS CALI, INC. ("GH EXPRESS") and MANJINDER KAUR d/b/a GH EXPRESS ("Kaur") (collectively the "Defendants"), by and through their counsel of record, Jeff Reich of the Reich Law Firm, and hereby file this Motion To Further Extend the Time within which Defendants Must Engage Local Counsel. We request an additional two weeks, to and including January 13, 2022. The Court's prior Order, gave us until tomorrow, December 30, 2022, to comply.

I have received written communication from local counsel, Brian Berman, that he is willing to serve as local counsel, as required by Local Rule LR IA 11-2(d). He has also informed me that he is on vacation and will not be available to finalize the paperwork until the week of January 9th.

These are my reasons for requesting a further extension of time, to and including January 13, 2023, in which to file this request for additional time to comply with this Court's order that we have local counsel of record.

Good cause exists for this request. The Christmas season has made it more difficult for us to find and to contact local counsel to request help. But, I have finally made arrangements and request sufficient time to complete our obligations regarding local counsel.

Opposing counsel, Mr. Infuso, has extended professional courtesy, so our issue here does not wreak havoc with the overall discovery schedule. One side or the other may ultimately present a request for protective order to the Court, if necessary, but that does not affect this request for an extension.

Accordingly, because we are in the midst of the Christmas season, Defendants seek an extension of two weeks, until December 30, 2022, to designate new local counsel.

Dated this 29th day of December, 2022.

**THE REICH LAW FIRM**

  /s/  Jeff Reich
Jeff Reich, CA Bar No. 067250
8441 N Millbrook Ave, Ste 104
Fresno, CA 93720
(559) 440-1191 Phone
(559) 432-9092 Fax
jreich@reichlaw.com

*Counsel for Defendants/Counterclaimants
GH Express Cali Inc. and Manjinder Kaur*

**ORDER**

IT IS ORDERED that ECF No. 68 is GRANTED. The deadline for Defendants to retain local counsel is extended until January 13, 2023.

IT IS SO ORDERED
DATED: 3:33 pm, January 03, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2
Motion To Further Extend the Time within which Defendants Must Engage Local Counsel

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that the undersigned served by mail, with first-class postage prepaid, and served electronically

**MOTION OF DEFENDANTS GH EXPRESS CALI, INC., AND MANJINDER KAUR d/b/a GH EXPRESS TO FURTHER EXTEND THE TIME WITHIN WHICH DEFENDANTS MUST ENGAGE LOCAL COUNSEL**

To the following, addressed as follows:

    Michael V. Infuso
    Green Infuso, LLP
    3030 South Jones Blvd, Suite 101
    Las Vegas, Nevada 89146
    Email: minfuso@greeninfusolaw.com

I further certify that I am not a party to this lawsuit, I am over 18 years of age, and am employed as follows:

    The Reich Law Firm
    8441 N. Millbrook, Suite 104
    Fresno, California 93720
    Email: jreich@reichlaw.com
           rlaw@reichlaw.com

Dated this 29th day of December, 2022.

_____
Sona Vartanian
CERTIFICATE OF SERVICE