Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
           kbarlow@greeneinfusolaw.com

Attorneys for Plaintiff Procaps Laboratories, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROCAPS LABORATORIES, INC., a Nevada Corporation,<br><br>                              Plaintiff,<br>v.<br><br>GH EXPRESS CALI INC., a foreign corporation; MANJINDER KAUR dba GH EXPRESS; DOES 1 through 10, inclusive; and ROES 1 through 10, inclusive,<br><br>                              Defendants.<br><hr>GH EXPRESS CALI, INC.; MANJINDER KAUR dba GH EXPRESS,<br><br>                              Counterclaimants,<br>v.<br><br>PROCAPS LABORATORIES, INC.<br>                              Counter Defendant. | Case No. 2:21-cv-02016-JAD-BNW<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PROCAPS. TO REPLY IN SUPPORT OF ITS EMERGENCY MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANTS' NOTICE OF DEPOSITION OF ANDREW LESSMAN**<br>**(First Request)** |

////

///

///

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROCAPS LABORATORIES, INC. ("Plaintiff" or "Procaps") and Defendants GH Express Cali Inc. ("GH Express") and Manjinder Kaur dba GH Express's ("Kaur") (GH Express and Manjinder are collectively referred to as "Defendants"), by and through their respective undersigned counsel of record, as follows:

WHEREAS, Procaps Emergency Motion for Protective Order regarding Defendant's Notice of Deposition of Andrew Lessman ( "Motion") was filed on May 17, 2023;

WHEREAS, the Defendants filed their response to Plaintiff's Motion on May 31, 2023;

WHEREAS, the Procaps' deadline to file its reply in support of its Motion is due June 7, 2023;

WHEREAS, Defendants have agreed that Plaintiff may have an additional week in which to reply in support of Plaintiff Motion to on or before June 14, 2023;

WHEREAS, there are no other deadlines affected by this stipulation that are presently known to the parties; and

WHEREAS, Plaintiff's counsel represents that this request is not for any improper purpose or to delay;

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

THEREFORE, Plaintiff and Defendants hereby request order that Plaintiff has up through and including June 14, 2023, in which to file its reply in support of Procaps' Emergency Motion for Protective Order regarding Defendants' Notice of Deposition of Andrew Lessman.

| | |
|---|---|
| Dated this 7th day of June 2023. | Dated this 7th day of June 2023. |
| GREENE INFUSO, LLP | THE REICH LAW FIRM |
| /s/ Michael V. Infuso<br>MICHAEL V. INFUSO, ESQ.<br>Nevada Bar No. 7388<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, NV 89146<br>*Attorneys for Plaintiff*<br>*PROCAPS LABORATORIES, INC.* | /s/ Jeff Reich<br>JEFF REICH, ESQ.<br>California Bar No. 067250<br>8441 N. Millbrook Ave., Suite 104<br>Fresno, CA 93720<br><br>BRIAN K. BERMAN, ESQ.<br>Nevada Bar No. 56<br>721 Gass Ave.<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*GH EXPRESS CALI, INC AND*<br>*MANJINDER KAUR.* |

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: June 8, 2023

3