Michael V. Infuso, Esq., Nevada Bar No. 7388
Suzanne E. Carver, Esq., Nevada Bar No. 14689
Michael J. Sparr, Esq., Nevada Bar No. 16452
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
 scarver@greeneinfusolaw.com
 msparr@greeneinfusolaw.com

Attorneys for Plaintiff Procaps Laboratories, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROCAPS LABORATORIES, INC., a Nevada Corporation,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>GH EXPRESS CALI INC., a foreign corporation; MANJINDER KAUR dba GH EXPRESS; DOES 1 through 10, inclusive; and ROES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-02016-~~JAD~~-BNW<br>(CDS)<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| GH EXPRESS CALI, INC.; MANJINDER KAUR dba GH EXPRESS,<br><br>　　　　　　　　　　Counterclaimants,<br>v.<br><br>PROCAPS LABORATORIES, INC.<br>　　　　　　　　　　Counter Defendant. | |

////

///

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROCAPS LABORATORIES, INC. ("Plaintiff" or "Procaps") and Defendants GH Express Cali Inc. ("GH Express") and Manjinder Kaur dba GH Express's ("Kaur") (GH Express and Manjinder are collectively referred to as "Defendants"), by and through their respective undersigned counsel of record, as follows:

WHEREAS, the parties resolved their differences and have entered into a Settlmenet Agreement; and

WHEREAS, although the Settlement Agreement requires Defendants' performance over time, Defendants have satisfied the conditions procedents to the dismissal of this action.

NOW, THEREFORE, Plaintiff and Defendants hereby request the Court dismiss this action with prejudice, with each side bearing their own attorney's fees and costs.

Dated this 23 day of August, 2024.

GREENE INFUSO, LLP

/s/ Michael V. Infuso

MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
*Attorneys for Plaintiff*
PROCAPS LABORATORIES, INC.

Dated this 23rd day of August, 2024.

THE REICH LAW FIRM

/s/ Jeff Reich

JEFF REICH, ESQ.
California Bar No. 067250
8441 N. Millbrook Ave., Suite 104
Fresno, CA 93720

BRIAN K. BERMAN, ESQ.
Nevada Bar No. 56
721 Gass Ave.
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*GH EXPRESS CALI, INC AND*
*MANJINDER KAUR.*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 27, 2024